```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

EDDIE DICKARD, Individually and
on behalf of all others similarly
situated                                                    PLAINTIFFS

v.                          Case No. 06-5176

INTRAOPERATIVE MONITORING COMPANY, LLC,
an Oklahoma Limited Liability Company,
AMERICAN INTRAOPERATIVE MONITORING, LLC,
an Oklahoma Limited Liability Company,
OKLAHOMA MANAGEMENT SERVICES FOR PHYSICIANS,
LLC, an Oklahoma Limited Liability Company,
ORTHOPEDIC MANAGEMENT SERVICES, LLC, an
Oklahoma Limited Liability Company                          DEFENDANTS

## ORDER

Now before this Court is the Motion to Withdraw as Counsel filed by Wright, Lindsey & Jennings, LLP, counsel for Separate Defendants Oklahoma Management Services for Physicians, LLC and Orthopedic Management Services, LLC. (Doc. 31). The Court finds that the motion should be GRANTED, and Wright, Lindsey & Jennings is allowed to withdraw as attorney of record.

IT IS SO ORDERED this 17th day of January 2007.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**