```
      IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF ARKANSAS
              FAYETTEVILLE DIVISION
```

**EDDIE DICKARD, individually and on
behalf of all others similarly situated**                              **PLAINTIFF**

v.                          Case No.  06-5176

**OKLAHOMA MANAGEMENT
SERVICES FOR PHYSICIANS, LLC,
ORTHOPEDIC MANAGEMENT
SERVICES, LLC**                                                        **DEFENDANTS**

### J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendants' Motion for Summary Judgment (Doc. 56) is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  Further, Plaintiff's Motion for Class Certification (Doc. 47) is DENIED AS MOOT.  The parties shall bear their own fees and costs.  **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 15th day of October 2007.

> /s/ Robert T. Dawson
> Honorable Robert T. Dawson
> United States District Judge

**AO72A
(Rev. 8/82)**